

## NUMBER 13-19-00020-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

CELIA MARIE SALAZAR,
INDIVIDUALLY AS NEXT FRIEND
OF HER MINOR DAUGHTER, E.N.S.,                           Appellant,

v.

HELEN E. BROWN,                                          Appellee.

### On appeal from the County Court at Law No. 1
### of Nueces County, Texas.

# MEMORANDUM OPINION
### Before Justices Benavides, Longoria, and Hinojosa
### Memorandum Opinion by Justice Benavides

Appellant, Celia Marie Salazar, Individually, and as next friend of her minor

daughter, E.N.S., filed an appeal from a judgment entered by the County Court at Law

No. 1 of Nueces County, Texas, in cause number 2017CCV-60263-1. Appellant has

filed a motion to dismiss the appeal on grounds the appeal is moot. Appellee has not filed a response to the motion to dismiss.

The trial court signed a judgment in favor of appellee and against appellant on October 17, 2018. The trial court subsequently granted appellant's timely motion for new trial on January 30, 2019, while it still had plenary jurisdiction over the case. *See* TEX. R. CIV. P. 329b (c), (e).

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED as moot. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

GINA M. BENAVIDES,
Justice

Delivered and filed the
14th day of February, 2019.